In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO.  09-15-00186-CR**
_____

**ADRIAN GRANADOS-YEPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-01-00909 CR**

## MEMORANDUM OPINION

Adrian Granados-Yepez pleaded guilty to aggravated robbery, and the trial court sentenced Granados-Yepez to twenty-five years in prison. Granados-Yepez's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes Granados-Yepez's appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Granados-Yepez filed a *pro se* brief in response.

1

The Texas Court of Criminal Appeals has held that we need not address the merits of issues raised in *Anders* briefs or *pro se* responses. *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Rather, we may determine that: (1) "the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error"; or (2) "arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues." *Id.* We have determined that this appeal is wholly frivolous. We have independently examined the clerk's record and the reporter's record, and we agree that no arguable issues support the appeal. We find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 16, 2015
Opinion Delivered November 4, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Granados-Yepez may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.